[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13525
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00301-MMH-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK BLACKWOOD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 29, 2014)

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Patrick Blackwood in this direct

criminal appeal, has filed a renewed motion to withdraw from further

representation of the appellant, supported by a brief filed pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Blackwood's conviction and sentence are **AFFIRMED**.